

Retention system

Lid

Attachment Portion

First anchor

2nd Portion Opposite 1st Portion (drill zone)

Second anchor

Groove

Bottom of Housing (interior)

Top Portion of Housing

First portion on exterior for mounting to a roof

Housing (exterior)

**STEP 6: SECURE SOLOBOX COMP TO ROOF**
Slide the Solobox Comp into place and secure it to the roof decking through the mounting holes using the 4 provided decking screws. Torque until EPDM washers expand.

## Claim 1 from U.S. Patent No. 12,021,360 (the '360 Patent)

*A junction box comprising:*

*a **housing** comprising a **top portion** and a **bottom portion**, the top portion comprising an **attachment portion**, the bottom portion comprising a **first portion** on an exterior side of the housing and a **second portion** opposite the first portion, the first portion of the bottom portion configured to be mounted to a roof of a structure, the second portion comprising a **groove** defining an area for creating a hole in the bottom portion;*

*a **first anchor** opening in the bottom adjacent to a first side of the area;*

*a **second anchor** opening in the bottom adjacent to a second side of the area,*

*wherein the housing is **compressed against the roof structure in response to a first anchor being installed in the first anchor opening and/or a second anchor being installed in the second opening**;*

*a **lid** configured to be mounted on the attachment portion of the housing; and*

*a **retention system** configured to retain the lid in proximity to the to the housing.*

EXHIBIT 2

*Claim 2 from the '360 Patent*



*The junction box of claim 1, wherein the retention system comprises a **hinge** with a **first portion** of the hinge attached to the **attachment portion** of the housing and a **second portion** of the hinge attached to the **lid**.*

*Claim 3 from the '360 Patent*



*The junction box of claim 1, wherein the retention system is configured to attach to a side of the housing and to the lid*

*Claim 4 from the '360 Patent*



**Flashing**

*The junction box of claim 1, further comprising a flashing attached to the bottom portion of the housing and extending away from the bottom portion in a same plane as the bottom portion.*

**Claim 6 from the '360 Patent**



*The junction box of claim 1, wherein the attachment portion comprises one or more **nodules** and the lid is configured to attach to the attachment portion of the housing using one or more **anchors** secured to corresponding nodules of the one or more nodules.*

*Claim 7 from the '360 Patent*



***Lip covers attachment portion***

***Interior of Housing***

***Lid***

*The junction box of claim 1, wherein the lid is configured with a **lip** shaped to cover an opening of the attachment portion to environmentally seal an interior of the housing.*

## Claim 8 from the '360 Patent



**Retention system**

**Lid**

**Attachment Portion**

**2nd Portion Opposite 1st Portion (drill zone)**

**Marking**

**Bottom portion of Housing (interior)**

**Top Portion of Housing**



**First portion on exterior for mounting to a roof**

**Housing (exterior)**

STEP 4: DRILL HOLES:

DRILL ZONE

*A **junction box** comprising:*

*a **housing** comprising a **top portion** and a **bottom portion**, the top portion comprising an **attachment portion**, the bottom portion comprising a **first portion** on an exterior side of the housing and a **second portion** opposite the first portion, the first portion of the bottom portion configured to be mounted to a roof of a structure;*

*a **lid** configured to be mounted on the attachment portion of the housing; and*

*a **retention system** configured to retain the lid in proximity to the to the housing,*

*wherein the second portion of the bottom portion comprises a **drill zone** marking on the second portion of the bottom portion along a perimeter of a central area of the second portion and/or within the central area, **the drill zone configured for penetrations through the bottom portion and the roof into the structure.***



**_Flashing_**

# *Claim 9 from the '360 Patent*

*The junction box of claim 8, further comprising a flashing attached to the bottom portion of the housing.*

*Claim 10 from the '360 Patent*

**Sealant on First portion of bottom**

**Upper portion of Central area (oriented toward upper side of roof)**

**Side portion of Central area**

**Central Area corresponding to central area on opposite side**

**Side portion of Central area**

*The junction box of claim 8, further comprising a **sealant** disposed on the **first portion of the bottom portion**, the sealant surrounding a **central area** of the bottom portion, the **central area of the first portion corresponding to the central area of the second portion**, the sealant surrounding at least an **upper portion** and **side portions** of the central area, wherein the upper portion is oriented toward an upper side of the bottom portion with respect to a slope of the roof.*



**STEP 5: PEEL OFF BUTYL COVER**
Gently peel butyl release paper off on the bottom of the Solobox Comp. No need to apply roofing sealant.

## Claim 11 from the '360 Patent



*The junction box of claim 10, further comprising a plurality of **anchor openings** in the bottom portion, each anchor opening configured for an anchor, **wherein securing an anchor through an anchor opening of the plurality of anchor openings contributes to securing the housing to the roof and applies a force directed toward the roof that compresses a portion of the sealant adjacent to and/or surrounding the anchor opening**.*



**STEP 6: SECURE SOLOBOX COMP TO ROOF**
Slide the Solobox Comp into place and secure it to the roof decking through the mounting holes using the 4 provided decking screws . Torque until EPDM washers expand.

### Claim 12 from the '360 Patent



*The junction box of claim 8, wherein the retention system comprises a **hinge** with a **first portion** of the hinge attached to the attachment portion of the housing and a **second portion** of the hinge attached to the lid.*

## *Claim 13 from the '360 Patent*



**Retention system**

**Lid**

**Flashing**

**Side of Housing**

**Bottom portion of Housing (interior)**

*The junction box of claim 8, wherein the* **retention system** *is configured to attach to the* **lid** *and to a* **side of the housing** *or to a flashing, the* **flashing** *attached to the bottom portion of the housing and extending away from the bottom portion in a same plane as the bottom portion.*

*Claim 14 from the '360 Patent*



Retention system

*Lid*

*Flashing*

*Attachment Portion*

2nd Portion Opposite 1st Portion (drill zone)

*Top Portion of Housing*

*Bottom of Housing (interior)*



*First portion on exterior for mounting to a roof*

*Housing (exterior)*

*A junction box* comprising:

a *housing* comprising a *top portion* and a *bottom* portion, the top portion comprising an *attachment portion*, the bottom portion comprising a *first portion on an exterior side of the housing* and a *second portion opposite the first portion*, the first portion of the bottom portion configured to be mounted to a roof of a structure;

a *lid* configured to be mounted on the attachment portion of the housing;

a *flashing* attached to the bottom portion of the housing and extending away from the bottom portion in a same plane as the bottom portion; and

a *retention system* configured to retain the lid in proximity to the to the housing.

# Claim 15 from the '360 Patent



*The junction box of claim 1, wherein a plurality of anchor openings comprises the first anchor opening and the second anchor opening.*

*Claim 16 from the '360 Patent*



**Sealant on First portion of bottom**

**Side portion of Central area**

**Upper portion of Central area (oriented toward upper side of roof)**

**Central Area corresponding to central area on opposite side**

**Side portion of Central area**

*The junction box of claim 15, further comprising a **sealant** disposed on the first portion of the bottom portion, the sealant **surrounding the area of the bottom portion**, the area of the first portion **corresponding to the area of the second portion**, the sealant surrounding at least an **upper portion** and **side portions** of the area, wherein the upper portion is oriented toward an upper side of the bottom portion with respect to a slope of the roof.*



**STEP 5: PEEL OFF BUTYL COVER**
Gently peel butyl release paper off on the bottom of the Solobox Comp. No need to apply roofing sealant.

*Claim 17 from the '360 Patent*



**STEP 5: PEEL OFF BUTYL COVER**
Gently peel butyl release paper off on the bottom of the Solobox Comp. No need to apply roofing sealant.





**STEP 6: SECURE SOLOBOX COMP TO ROOF**
Slide the Solobox Comp into place and secure it to the roof decking through the mounting holes using the 4 provided decking screws . Torque until EPDM washers expand.

*The junction box of claim 16, wherein securing an anchor through each of the plurality of anchor openings **contributes to securing the housing to the roof** and applies a force directed toward the roof that **compresses a portion of the sealant** adjacent to and/or surrounding the area.*